```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> A C PAVING INC., a California ) <br> corporation, also know as A C ) <br> PAVING ) <br> ) <br> ) <br> Defendant. ) <br> _____) | NO. C 05 3170 WHA <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

     IT IS ORDERED that the Case Management Conference in this case originally set for November 17, 2005 be continued to the date and time of the motion for default judgment to be filed by plaintiff.

Dated: __November 3, 2005__    _____
                                        Hon. William H. Alsup