IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 05-03170 WHA |
| Plaintiff, | |
| v. | **ORDER** |
| A C PAVING, INC., | |
| Defendant. | |

At plaintiff's request, this Court issued an order November 3, 2005, to continue the case management conference until the date and time of a hearing on a motion for entry of default judgment. No such motion has been heard or is pending. Plaintiff has until noon, January 10, 2006, to file the motion. If no such motion is filed, the Court will schedule a case management conference.

**IT IS SO ORDERED.**

Dated: December 8, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE